IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01620-BNB

ROBERT W. BAILLIE,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor of the State of Colorado,
REBECCA OATES,
DENISE BALAZIC, and
THE COLORADO BOARD OF PAROLE, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to Clarify Plaintiff Indigent Status" filed on June 28, 2012 (ECF No. 5) and letter regarding the motion to clarify that Plaintiff filed with the Court on July 16, 2012 (ECF No. 6). In the Motion to Clarify, Plaintiff states that he is unable to pay the $3.00 filing fee, as directed by the June 22 Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, the account statement that Plaintiff attached to the Motion to Clarify is not certified by the appropriate official at Plaintiff's institution. Therefore, the account statement is not sufficient to show cause why Plaintiff has no assets and no means by which to pay the designated initial partial filing fee. Plaintiff will have **21 days from the date of this order** in which to have the designated fee sent to the clerk of the court or show cause why he has no assets by filing a current certified copy of his trust fund account statement. Plaintiff's failure to comply with this minute order, and with the requirements set forth in the June 22 Order, will result in the dismissal of this action without further notice. The Motion (ECF No. 5) is DENIED because it does not comply with the June 22 Order.

    Dated:  July 17, 2012