IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01620-BNB

ROBERT W. BAILLIE,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor of the State of Colorado,
REBECCA OATES,
DENISE BALAZIC, and
THE COLORADO BOARD OF PAROLE, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to Dismiss" (ECF No. 13) filed on August 23, 2012. In the motion, Plaintiff requests that the Court "dismiss his filing he sent to this court dated August 10, 2012." The document to which Plaintiff refers is the "Response to Order Directing Plaintiff to File Amended Pleading" (ECF No. 11), which Plaintiff submitted to the Court on August 16, 2012. On August 22, 2012, the Court construed the Response as an objection to Magistrate Judge Boland's order for amended pleading, and overruled the objection. Therefore, the Motion (ECF No. 13) is DENIED as moot.

    Plaintiff also asks whether he has any further financial obligations now that this action has been construed as brought pursuant to 28 U.S.C. § 2241. Plaintiff is directed that his financial obligations under 28 U.S.C. § 1915 in a habeas corpus action have been fulfilled, and he is no longer required to make monthly payments of twenty percent of each month's income, or file a certified copy of his inmate account statement each month. The filing fee in a habeas corpus action is $5.00, and the Court will accept the $3.00 tendered by Plaintiff on July 25, 2012, as fulfillment of that obligation.

    Dated: August 24, 2012