IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01620-BNB

ROBERT W. BAILLIE,

    Applicant,

v.

TOM CLEMENTS,

    Respondent.

---

ORDER TO REFUND OVERPAYMENT

---

Because the Court has construed this action as filed pursuant to 28 U.S.C. § 2254, rather than 42 U.S.C. § 1983, the requirements for submitting a filing fee are set forth under Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts. The filing fee for a habeas corpus action is $5.00 pursuant to 28 U.S.C. § 1914(a).

Applicant, Robert W. Baillie, paid a $3.00 initial partial filing fee (ECF No. 9) on July 25, 2012, when the instant action was being treated as a § 1983 civil rights action, and then paid the $5.00 filing fee for a habeas corpus action (ECF No. 20) on August 31, 2012, after the action was construed as a § 2254 action. The Court will vacate the order of June 22, 2012, granting leave to proceed pursuant to 28 U.S.C. § 1915(b)(1) (ECF No. 4), and the clerk of the Court will be directed to refund to Applicant by a separate mailing the $3.00 initial partial filing paid on July 25.

Accordingly, it is

ORDERED that the Court's order entered on June 22, 2012, granting leave to proceed pursuant to 28 U.S.C. § 1915(b)(1) (ECF No. 4) is vacated. It is

FURTHER ORDERED that the clerk of the Court is directed to refund to Applicant by a separate mailing the $3.00 initial partial filing paid (ECF No. 9) on July 25, 2012, because he paid the $5.00 filing fee for a habeas corpus action (ECF No. 20) on August 31, 2012.

DATED September 10, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge