IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01620-BNB

ROBERT W. BAILLIE,

    Applicant,

v.

TOM CLEMENTS,

    Respondent.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the motion to withdraw preliminary response will be granted. The case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that the motion to withdraw preliminary response (ECF No. 24) is granted. It is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 29, 2012, at Denver, Colorado.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge