IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01620-PAB

ROBERT W. BAILLIE,

    Plaintiff,

v.

TOM ELEMENTS,

    Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on plaintiff's Motion the Court to Have an Expert Extract Video from Respondent Computer [Docket No. 32]. Since the respondent's Response [Docket No. 35] indicates that no video recording of the January 3, 2012 parole interviews exists, plaintiff's motion [Docket No. 32] is denied.

    DATED January 7, 2013.