**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01620-PAB

ROBERT W. BAILLIE,

    Applicant,

v.

TOM CLEMENTS,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order On Application For A Writ Of Habeas Corpus [Docket No. 39] of Judge Philip A. Brimmer entered on May 23, 2013 it is

ORDERED that the Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [No. 15] filed on August 27, 2012, is denied.  It is

FURTHER ORDERED that this action is dismissed on the merits.

 Dated at Denver, Colorado this 24th day of May, 2013.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler

                        Edward P. Butler
                        Deputy Clerk